UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IVAN ARCOS,

                      Plaintiff,

       -against-

52 W 33 ASSOCIATES LLC, *d/b/a* PETIT POULET,
HERALD HOTEL ASSOCIATES, L.P., *d/b/a*
RADISSON MARTINIQUE BROADWAYKELLARI PAREA,
LLC, *d/b/a* THE KELLARI HOSPITALITY GROUPSTAVROS AKTIPIS,
and HAROLD THURMAN.,

                      Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/16/2020

20-CV-1405 (PAE) (KHP)

ORDER

**KATHARINE H. PARKER, United States Magistrate Judge:**

The initial case management conference scheduled for April 27, 2020 at 11:15 a.m. is hereby converted to a telephone conference. The parties should dial the following number: (866) 434-5269. The access code is: 4858267 (if prompted to put in security code, re-enter access code). **Plaintiff is directed to serve this order on Defendants.**

      SO ORDERED.

DATED:    New York, New York
             March 16, 2020

                                              *Katharine H. Parker*
                                              _____
                                              KATHARINE H. PARKER
                                              United States Magistrate Judge