# LEE LITIGATION GROUP, PLLC
148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/27/2020

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

April 24, 2020

**Via ECF**
The Honorable Katharine H. Parker, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   *Arcos v. 52 W 33 Associates LLC et al*
      **Case No. 1:20-cv-01405**

Dear Judge Parker:

We are counsel to Plaintiff in the above-captioned action. On February 21, 2020, the Court ordered an Initial Conference set for April 27, 2020 at 11:15 AM. At this time, Defendants have yet to appear on the docket or contact Plaintiff's counsel. As such, the Parties are unable to discuss a joint statement or case management plan to submit to the Court. For the foregoing reasons, Plaintiff requests an adjournment of the Initial Conference until Defendants have appeared on the docket. This is the first request for an adjournment of the Initial Conference.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ C.K Lee*
C.K. Lee, Esq.

cc: all parties via ECF

> The initial case management conference scheduled for April 27, 2020 is adjourned to **July 22, 2020 at 9:45 a.m**. in Courtroom 17D, 500 Pearl Street, New York, New York 10007. Plaintiff is directed to serve a copy of this order on Defendants and to file proof of service of this Order and the Complaint on the docket by no later than **May 15, 2020**.

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE

4/27/2020