```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IVAN ARCOS,

                                Plaintiff,                         **20-CV-1405 (PAE) (KHP)**

               -against-                                     **ORDER**

52 W 33 ASSOCIATES LLC, *d/b/a* PETIT POULET,
HERALD HOTEL ASSOCIATES, L.P., *d/b/a*
RADISSON MARTINIQUE BROADWAYKELLARI PAREA,
LLC, *d/b/a* THE KELLARI HOSPITALITY GROUP,
and HAROLD THURMAN.,

                                Defendants.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

     A telephonic status conference in this case will take place on **March 31, 2021 at 12:30 p.m.** The parties are directed to call in to the Court's conference line at the scheduled time.

**Please dial (866) 434-5269, access code: 4858267.**

               SO ORDERED.

DATED:       New York, New York
                  February 16, 2021

                                                     */s/ Katharine H. Parker*
                                                    KATHARINE H. PARKER
                                                    United States Magistrate Judge