UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IVAN ARCOS,
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

        Plaintiff,

v.

52 W 33 ASSOCIATES LLC,
    d/b/a PETIT POULET,
HERALD HOTEL ASSOCIATES, L.P.,
    d/b/a RADISSON MARTINIQUE BROADWAY
KELLARI PAREA, LLC,
    d/b/a THE KELLARI HOSPITALITY GROUP
STAVROS AKTIPIS, and
HAROLD THURMAN,

        Defendants.

---

Case No.: 1:20-cv-01405

**[PROPOSED]**
**RULE 68 JUDGMENT**

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 52 W 33 ASSOCIATES LLC d/b/a PETIT POULET and HAROLD THURMAN (collectively, "Defendants"), having offered to allow Plaintiff IVAN ARCOS ("Plaintiff") to take a judgment against them, in accordance with the terms and conditions of Defendants' Rule 68 Offer of Judgment dated March 3, 2021 and filed as Exhibit "A" to Docket No. 62;

**WHEREAS**, on March 3, 2021, Plaintiff's attorneys having confirmed Plaintiff's acceptance of Defendants' Offer of Judgment (Docket No. 62);

It is **ORDERED AND ADJUDGED**, that judgment is entered in favor of Plaintiff in the amount of Forty-Five Thousand Dollars Zero Cents ($45,000.00), in accordance with the terms

and conditions of Defendants' Rule 68 Offer dated March 3, 2021 and filed as Exhibit A to Docket No. 62, and the clerk is directed to close the case.

Dated: New York, New York
_____, 2021

_____
Hon. Katharine H. Parker, U.S.M.J.